# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Patricia Siuda,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Office of Douglas R. Burgess. LLC,<br><br>　　　　Defendant. | Case No. 1:07-cv-6765<br><br>Judge: Lefkow<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, On December 15, 2007, I served Defendant with a copy of the Docket Entry setting the above-captioned matter for a status hearing on February 19, 2008 at 9:30 a.m. by depositing a copy of the same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Douglas R. Burgess, Owner
Office of Douglas R. Burgess, LLC
480 W. Ridge Rd.
Rochester, NY 14615

　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　Legal Helpers, P.C.

By:　*/s/ Richard J. Meier*
　　　Richard J. Meier
　　　Attorney for Plaintiff
　　　20 West Kinzie; Suite 1300
　　　Chicago, IL 60611
　　　Telephone: 1.866.339.1156
　　　rjm@legalhelpers.com