# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Patricia Siuda<br><br>     Plaintiff,<br><br>v.<br><br>Office of Douglas R. Burgess, LLC<br><br>     Defendant. | CASE NO.: 1:07-cv-6765<br><br>JUDGE: Lefkow<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

     Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

     RESPECTFULLY SUBMITTED,

     Legal Helpers, P.C.

     By:   */s/ Richard J. Meier*
          Richard J. Meier
          Attorney for Plaintiff
          Legal Helpers, P.C.
          233 S. Wacker
          Sears Tower, Suite 5150
          Chicago, IL 60606
          Telephone: 1.866.339.1156
          rjm@legalhelpers.com

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on April 28, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Office of Douglas R. Burgess, LLC
c/o Douglas R. Burgess, Owner
480 W. Ridge Rd.
Rochester, NY 14615

                                      */s/ Richard J. Meier*